1   **KAUFMAN DOLOWICH & VOLUCK, LLP**
    HSAIO C. (MARK) MAO (SBN 236165)
2   TAD A. DEVLIN (SBN 190355)
3   425 California Street, Suite 2100
    San Francisco, CA 94104
4   Telephone: (415) 926-7600
    Facsimile:  (415) 926-7601
5

6   Attorneys for SCIARRONI AUTO BODY, INC.
    a California corporation, JIM R. SCIARRONI, Individually
7   and in his capacity as Trustee of JIM R. and ELAINE
    SCIARRONI REVOCABLE LIVING TRUST dated
8   August 25, 1999, as amended, and ELAINE M. SCIARRONI,
    Individually and in the capacity of Trustee of JIM R. & ELAINE
9   SCIARRONI REVOCABLE LIVING TRUST dated
    August 25, 1999, as amended

10

               UNITED STATES DISTRICT COURT

11

             NORTHERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| 13  AUTOMOTIVE INDUSTRIES PENSION<br>TRUST FUND, JAMES H. BENO, Trustee,<br>14  BILL BRUNELLI, Trustee, STEPHEN J.<br>MACK, Trustee, JOSE SANTANA, Trustee,<br>15  DON CROSATTO, Trustee, MARK<br>HOLLIBUSH, Trustee, DOUGLAS<br>16  CORNFORD, Trustee, JON ROSSELLE,<br>Trustee, and JAMES V. CANTERBURY,<br>17  Trustee, | Case No. CV 13 5208 RS<br><br>ACTION FILED: November 8, 2013 |
| 18          Plaintiffs,<br><br>19      vs. | **STIPULATION AND [~~PROPOSED~~]**<br>**ORDER FOR:**<br>  1.  **EXTENSION OF TIME FOR**<br>      **DEFENDANTS TO FILE**<br>      **RESPONSIVE PLEADINGS TO**<br>      **COMPLAINTS; AND** |
| 20  SCIARRONI AUTO BODY, INC., a<br>California corporation,<br>21 |   2.  **TO PROCEED TO MEDIATION** |
| 22         Defendant. | |
| 23  AUTOMOTIVE INDUSTRIES PENSION<br>TRUST FUND, JAMES H. BENO, Trustee,<br>24  BILL BRUNELLI, Trustee, STEPHEN J.<br>MACK, Trustee, JOSE SANTANA, Trustee,<br>25  DON CROSATTO, Trustee, MARK<br>HOLLIBUSH, Trustee, DOUGLAS | Case No.: CV 13 5210 RS<br><br>ACTION FILED: November 8, 2013 |

27

    STIPULATION AND [PROPOSED] ORDER FOR:          Page No. 1
28  EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS
    AND TO PROCEED TO MEDIATION        Case Nos. CV13-5208 RS, CIV13-5210 RS

1  CORNFORD, Trustee, JON ROSSELLE, )
2  Trustee, and JAMES V. CANTERBURY, )
   Trustee, )
3  )
                    Plaintiffs, )
4  )
              vs. )
5  )
   SCIARRONI AUTO BODY, INC., a )
6  California corporation, JIM R. SCIARRONI, )
   Individually and in his capacity as Trustee of )
7  JIM R. and ELAINE SCIARRONI )
   REVOCABLE LIVING TRUST dated August )
8  25, 1999, as amended, and ELAINE M. )
   SCIARRONI, Individually and in the capacity )
9  of Trustee of JIM R. & ELAINE SCIARRONI )
   REVOCABLE LIVING TRUST dated August )
10 25, 1999, as amended, and DOES 1-10, )
   )
11 )
                    Defendants. )
12 )
13 )
                                             )
14

15

16       Pursuant to Local Rule 6-1(b) and 6-2 of the Local Rules for the Northern District of

17 California, IT IS HEREBY STIPULATED by plaintiffs AUTOMOTIVE INDUSTRIES

18 PENSION TRUST FUND, JAMES H. BENO, Trustee, BILL BRUNELLI, Trustee, STEPHEN

19 J. MACK, Trustee, JOSE SANTANA, Trustee, DON CROSATTO, Trustee, MARK

20 HOLLIBUSH, Trustee, DOUGLAS CORNFORD, Trustee, JON ROSSELLE, Trustee, and

21 JAMES V. CANTERBURY, Trustee (collectively "Plaintiffs") and defendants SCIARRONI

22 AUTO BODY, INC. a California corporation, JIM R. SCIARRONI, Individually and in his

23 capacity as Trustee of JIM R. and ELAINE  SCIARRONI REVOCABLE LIVING TRUST dated

24 August 25, 1999, as amended, and ELAINE M. SCIARRONI, Individually and in the capacity of

25 Trustee of JIM R. & ELAINE SCIARRONI REVOCABLE LIVING TRUST dated August 25,

26

27

28 STIPULATION AND [PROPOSED] ORDER FOR:                    Page No. 2
   EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS
   AND TO PROCEED TO MEDIATION            Case Nos. CV13-5208 RS, CIV13-5210 RS

1   1999, as amended, (collectively, "Defendants"), by and through their counsel, stipulate as

2   follows:

3

4   ## RECITALS

5   WHEREAS, Plaintiffs filed two complaints on November 3, 2013, case numbers CV-13-

6   5208-JCS and CV-13-5210-MEJ;

7   WHEREAS, on November 18, 2013, the Court, upon Plaintiffs' request to relate the

8   complaints, ordered them related and reassigned to Hon. Joseph C. Spero;

9   WHEREAS, on December 3, 2013, Defendants filed a Declination to Proceed Before a

10   Magistrate Judge and Request for Reassignment to a United States District Judge;

11   WHEREAS, on December 5, 2013, the related cases were reassigned to Hon. Richard

12   Seeborg under the case names CV 13-05208 RS and CV 13-05210 RS;

13   WHEREAS, as of December 5, 2013, the Case Management Conference was moved from

14   February 7, 2014 to February 13, 2014 as a result of the Order for Reassignment;

15   WHEREAS, to allow the Parties to proceed to mediation, the Parties agree to extend the

16   deadline for Defendants' responsive pleadings, but such agreement does not preclude an earlier

17   response;

18   WHEREAS, the Parties agree to complete mediation within 90 days of date of the entry of

19   this Order on Stipulation;

20   WHEREAS, the Parties request the Court continue the Case Management Conference,

21   currently set for February 13, 2014, until a later date as convenient with the Court;

22   WHEREAS, the Parties agree to advise the Court of the results of mediation to allow the

23   Court to set a Case Management Conference, if needed;

24   WHEREAS, any non-settling Defendants, in whole or in part, will file a response, if not yet

25   filed, to the Complaints 20 days after completion of the mediation.

26   ///

27

28   STIPULATION AND [PROPOSED] ORDER FOR:                                    Page No. 3
     EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS
     AND TO PROCEED TO MEDIATION                          Case Nos. CV13-5208 RS, CIV13-5210 RS

## **STIPULATION**

The Parties stipulate as follows:

1. To allow the Parties to proceed to mediation, the Parties agree to extend the deadline for Defendants' responsive pleadings, but such agreement does not preclude an earlier response;

2. The Parties agree to complete mediation within 90 days of date of the entry of this Order on Stipulation;

3. The Parties request the Court continue the Case Management Conference, currently set for February 13, 2014, until a later date as convenient with the Court;

4. The Parties agree to advise the Court of the results of mediation to allow the Court to set a Case Management Conference, if needed;

5. Any non-settling Defendants, in whole or in part, will file a response, if not yet filed, to the complaints 20 days after completion of the mediation.

DATED:  _Dec. 30, 2013_                    **KAUFMAN DOLOWICH & VOLUCK, LLP**


Hsiao C. (Mark) Mao
Tad A. Devlin
Attorneys for SCIARRONI AUTO BODY, INC.
a California corporation, JIM R. SCIARRONI,
Individually and in his capacity as Trustee of JIM
R. and ELAINE SCIARRONI REVOCABLE
LIVING TRUST dated  August 25, 1999, as
amended, and ELAINE M. SCIARRONI,
Individually and in the capacity of Trustee of JIM
R. & ELAINE SCIARRONI REVOCABLE
LIVING TRUST dated August 25, 1999, as
amended

STIPULATION AND [PROPOSED] ORDER FOR:                    Page No. 4
EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS
AND TO PROCEED TO MEDIATION                    Case Nos. CV13-5208 RS, CIV13-5210 RS

1    DATED: _12/30/13_          **SALTZMAN & JOHNSON LAW**
                                **CORPORATION**
2

3

4                              _/s/  Kimberly A. Hancock_
                                Kimberly A. Hancock
5                               Attorneys for Plaintiffs

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
     STIPULATION AND [PROPOSED] ORDER FOR:                    Page No. 5
28   EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS
     AND TO PROCEED TO MEDIATION            Case Nos. CV13-5208 RS, CIV13-5210 RS

## <u>ORDER</u>

Pursuant to the above Stipulation, IT IS HEREBY ORDERED as follows:

1. That the Parties agree to court-sponsored mediation within 90 days of the date of entry of this order;

2. That any non-settling Defendants shall file responsive pleadings within 20 days of the completion of court-sponsored mediation;

3. The Case Management Conference date is continued from February 13, 2014 to a later date as convenient with the Court, and the Parties will advise the Court of the court-sponsored mediation so as to set a new date for Case Management Conference.

IT IS SO ORDERED.

Dated:  1/7/14

Hon. Richard Seeborg

4820-3484-2134, v.  3