1  **KAUFMAN DOLOWICH & VOLUCK, LLP**
   TIMOTHY W. MOPPIN (SBN 133363)
2  HSIAO C. (MARK) MAO (SBN 236165)
   425 California Street, Suite 2100
3  San Francisco, CA 94104
   Telephone:  (415) 926-7600
4  Facsimile:   (415) 926-7601

5  Attorneys for SCIARRONI AUTO BODY, INC.
   a California corporation; JIM R. SCIARRONI, Individually
6  and in his capacity as Trustee of JIM R. and ELAINE
   SCIARRONI REVOCABLE LIVING TRUST dated
7  August 25, 1999, as amended; and ELAINE M. SCIARRONI,
   Individually and in the capacity of Trustee of JIM R. & ELAINE
8  SCIARRONI REVOCABLE LIVING TRUST dated
   August 25, 1999, as amended

9

10                    UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12  AUTOMOTIVE INDUSTRIES PENSION        )   Case No. CV 13 5208 RS
    TRUST FUND, JAMES H. BENO, Trustee,  )
13  BILL BRUNELLI, Trustee, STEPHEN J.   )   ACTION FILED:  November 8, 2013
    MACK, Trustee, JOSE SANTANA, Trustee, )
14  DON CROSATTO, Trustee, MARK          )
    HOLLIBUSH, Trustee, DOUGLAS          )
15  CORNFORD, Trustee, JON ROSSELLE,     )
    Trustee, and JAMES V. CANTERBURY,    )
16  Trustee,                             )   **STIPULATION AND [PROPOSED]**
                                         )   **ORDER FOR EXTENSION OF TIME:**
17          Plaintiffs,                  )   **  1.  COUNTER-DEFENDANTS AND**
                                         )   **      CROSS-DEFENDANTS TO FILE**
18       vs.                             )   **      RESPONSIVE PLEADINGS TO**
                                         )   **      COUNTER-CLAIMS AND CROSS-**
19  SCIARRONI AUTO BODY, INC., a         )   **      CLAIMS; AND**
    California corporation,              )
20                                       )   **  2.  TO PROCEED TO MEDIATION**
            Defendant.                   )
21  _____      )
                                         )
22  SCIARRONI AUTO BODY, INC., a         )
    California corporation,              )
23                                       )
            Counterclaimant,             )
24       vs.                             )
                                         )
25  AUTOMOTIVE INDUSTRIES PENSION        )
    TRUST FUND; JAMES H. BENO, Trustee;  )
26  BILL BRUNELLI, Trustee; STEPHEN J.   )
    MACK, Trustee; JOSE SANTANA, Trustee; )
27  DON CROSATTO, Trustee; MARK          )
    HOLLIBUSH, Trustee; DOUGLAS          )
28  CORNFORD, Trustee; JON ROSSELLE,     )

                                         1

1   Trustee; and JAMES V. CANTERBURY, )
    Trustee,                           )
2                                      )
          Counter-Defendants.          )
3   _____)
    SCIARRONI AUTO BODY, INC., a       )
4   California corporation,            )
                                       )
5         Cross-Claimant,              )
                                       )
6      vs.                             )
                                       )
7   INTERNATIONAL ASSOCIATION OF       )
    MACHINISTS & AEROSPACE WORKERS, )
8   AFL-CIO, MACHINISTS AUTOMOTIVE     )
    TRADES DISTRICT LODGE NO. 190;     )
9   INTERNATIONAL ASSOCIATION OF       )
    MACHINISTS & AEROSPACE WORKERS, )
10  AFL-CIO, EAST BAY AUTOMOTIVE       )
    MACHINISTS LOCAL LODGE NO. 1546;   )
11  JAMES H. BENO, Officer; MARK       )
    HOLLIBUSH, Officer; DON CROSATTO,  )
12  Officer; AUTO, MARINE AND SPECIALTY)
    PAINTERS UNION LOCAL NO. 1176;     )
13  JOSE SANTANA; and DOES 1-10,       )
                                       )
14        Cross-Defendants.            )
                                       )
15  _____)
    AUTOMOTIVE INDUSTRIES PENSION      )   Case No. CV 13 5210 RS
16  TRUST FUND, JAMES H. BENO, Trustee,)
    BILL BRUNELLI, Trustee, STEPHEN J. )   ACTION FILED:  November 8, 2013
17  MACK, Trustee, JOSE SANTANA, Trustee,)
    DON CROSATTO, Trustee, MARK        )
18  HOLLIBUSH, Trustee, DOUGLAS        )
    CORNFORD, Trustee, JON ROSSELLE,   )
19  Trustee, and JAMES V. CANTERBURY,  )
    Trustee,                           )
20                                     )
          Plaintiffs,                  )
21                                     )
       vs.                             )
22                                     )
    SCIARRONI AUTO BODY, INC., a       )
23  California corporation, JIM R. SCIARRONI, )
    Individually and in his capacity as Trustee of )
24  JIM R. and ELAINE SCIARRONI       )
    REVOCABLE LIVING TRUST dated August)
25  25, 1999, as amended, and ELAINE M. )
    SCIARRONI, Individually and in the capacity )
26  of Trustee of JIM R. & ELAINE SCIARRONI)
    REVOCABLE LIVING TRUST dated August)
27  25, 1999, as amended; and DOES 1-10, )
                                       )
28  _____Defendants._____)

                          2

| | |
|---|---|
| 1 | SCIARRONI AUTO BODY, INC., a ) |
| | California corporation; JIM R. SCIARRONI, ) |
| 2 | Individually and in his capacity as Trustee of ) |
| | JIM R. and ELAINE SCIARRONI ) |
| 3 | REVOCABLE LIVING TRUST dated August ) |
| | 25, 1999, as amended; and ELAINE M. ) |
| 4 | SCIARRONI, Individually and in the capacity ) |
| | of Trustee of JIM R. & ELAINE SCIARRONI ) |
| 5 | REVOCABLE LIVING TRUST dated August ) |
| | 25, 1999, as amended; and DOES 1-10, ) |
| 6 | ) |
| | Counterclaimants, ) |
| 7 | ) |
| | vs. ) |
| 8 | ) |
| | AUTOMOTIVE INDUSTRIES PENSION ) |
| 9 | TRUST FUND; JAMES H. BENO, Trustee; ) |
| | BILL BRUNELLI, Trustee; STEPHEN J. ) |
| 10 | MACK, Trustee; JOSE SANTANA, Trustee; ) |
| | DON CROSATTO, Trustee; MARK ) |
| 11 | HOLLIBUSH, Trustee; DOUGLAS ) |
| | CORNFORD, Trustee; JON ROSSELLE, ) |
| 12 | Trustee; and JAMES V. CANTERBURY, ) |
| | Trustee, ) |
| 13 | ) |
| | Counter-Defendants. ) |
| 14 | _____) |
| | SCIARRONI AUTO BODY, INC., a ) |
| 15 | California corporation; JIM R. SCIARRONI, ) |
| | Individually and in his capacity as Trustee of ) |
| 16 | JIM R. and ELAINE SCIARRONI ) |
| | REVOCABLE LIVING TRUST dated August ) |
| 17 | 25, 1999, as amended; and ELAINE M. ) |
| | SCIARRONI, Individually and in the capacity ) |
| 18 | of Trustee of JIM R. & ELAINE SCIARRONI ) |
| | REVOCABLE LIVING TRUST dated August ) |
| 19 | 25, 1999, as amended ) |
| 20 | Cross-Claimants, ) |
| 21 | vs. ) |
| 22 | INTERNATIONAL ASSOCIATION OF ) |
| | MACHINISTS & AEROSPACE WORKERS, ) |
| 23 | AFL-CIO, MACHINISTS AUTOMOTIVE ) |
| | TRADES DISTRICT LODGE NO. 190; ) |
| 24 | INTERNATIONAL ASSOCIATION OF ) |
| | MACHINISTS & AEROSPACE WORKERS, ) |
| 25 | AFL-CIO, EAST BAY AUTOMOTIVE ) |
| | MACHINISTS LOCAL LODGE NO. 1546; ) |
| 26 | JAMES H. BENO, Officer; MARK ) |
| | HOLLIBUSH, Officer; DON CROSATTO, ) |
| 27 | Officer; AUTO, MARINE AND SPECIALTY ) |
| | PAINTERS UNION LOCAL NO. 1176; ) |
| 28 | JOSE SANTANA; and DOES 1-10, ) |

1    Cross-Defendants.                    )
                                          )
2                                         )
      _____
3

4         Pursuant to Local Rule 6-1(b) and 6-2 of the Local Rules for the Northern District of

5    California, plaintiffs AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, JAMES H.

6    BENO, Trustee, BILL BRUNELLI, Trustee, STEPHEN J. MACK, Trustee, JOSE SANTANA,

7    Trustee, DON CROSATTO, Trustee, MARK HOLLIBUSH, Trustee, DOUGLAS CORNFORD,

8    Trustee, JON ROSSELLE, Trustee, and JAMES V. CANTERBURY, Trustee (collectively

9    "Plaintiffs"); defendants SCIARRONI AUTO BODY, INC. a California corporation, JIM R.

10   SCIARRONI, Individually and in his capacity as Trustee of JIM R. and ELAINE  SCIARRONI

11   REVOCABLE LIVING TRUST dated August 25, 1999, as amended, and ELAINE M.

12   SCIARRONI, Individually and in the capacity of Trustee of JIM R. & ELAINE SCIARRONI

13   REVOCABLE LIVING TRUST dated August 25, 1999, as amended, (collectively,

14   "Defendants"); and Cross-Defendants INTERNATIONAL ASSOCIATION OF MACHINISTS

15   & AEROSPACE WORKERS, AFL-CIO, MACHINISTS AUTOMOTIVE TRADES DISTRICT

16   LODGE NO. 190, INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE

17   WORKERS, AFL-CIO, EAST BAY AUTOMOTIVE MACHINISTS LOCAL LODGE NO.

18   1546, JAMES H. BENO, Officer, MARK HOLLIBUSH, Officer, DON CROSATTO, Officer,

19   AUTO, MARINE AND SPECIALTY PAINTERS UNION LOCAL NO. 1176, and JOSE

20   SANTANA (collectively "Cross-Defendants"), by and through their respective counsel, stipulate

21   as follows:

22                                    **RECITALS**

23        WHEREAS, Plaintiffs filed two complaints on November 3, 2013, case numbers CV-13-

24   5208-JCS and CV-13-5210-MEJ;

25        WHEREAS, on November 18, 2013, the Court, upon Plaintiffs' request to relate the

26   complaints, ordered them related and reassigned to Hon. Joseph C. Spero;

27        WHEREAS, on December 3, 2013, Defendants filed a Declination to Proceed Before a

28   Magistrate Judge and Request for Reassignment to a United States District Judge;

4

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO                                    Page No. 4
FILE RESPONSIVE PLEADINGS AND PROCEED TO MEDIATION          CASE NOS. CV13-5208 RS, CV 13-05210 RS

1    WHEREAS, on December 5, 2013, the related cases were reassigned to Hon. Richard

2  Seeborg under the case numbers CV 13-05208 RS and CV 13-05210 RS;

3    WHEREAS, as of December 5, 2013, the Case Management Conference was moved from

4  February 7, 2014 to February 13, 2014 as a result of the Order for Reassignment;

5    WHEREAS, on January 7, 2014, pursuant to the Parties' stipulation, the Hon. Richard

6  Seeborg signed the Order that the Parties complete mediation within 90 days or by April 7, 2014;

7    WHEREAS, on January 7, 2014, the Case Management Conference was moved from

8  February 13, 2014 to May 8, 2014;

9    WHEREAS, on January 29 and January 30, 2014, Defendants filed an Answer, Counter-

10  Claim, and Cross-Claim against Plaintiffs and Cross-Defendants;

11    WHEREAS, on January 30, 2014, Defendants filed a First Amended Answer, Counter-

12  Claim, and Cross-Claim against Plaintiffs and Cross-Defendants;

13    WHEREAS, on February 4, 2014, Defendants filed a Second Amended Answer, Counter-

14  Claim, and Cross-Claim against Plaintiffs and Cross-Defendants;

15    WHEREAS, to allow the Parties to proceed to mediation, the Parties agree to extend the

16  deadline for Counter-Defendants and Cross-Defendants to file responsive pleadings, to and until

17  after completion of said mediation;

18    WHEREAS, the Parties request an extension of time within which to complete the

19  mediation;

20    WHEREAS, the Parties request that the Court continue the Case Management Conference,

21  currently set for May 8, 2014, to and until a later date as is convenient with the Court;

22    WHEREAS, the Parties agree to advise the Court of the results of mediation to allow the

23  Court to set a Case Management Conference, if needed;

24    WHEREAS, any non-settling Counter-Defendants and/or Cross-Defendants, in whole or in

25  part, will file a response, if not yet filed, to the Counter-Complaints and Cross-Complaints within

26  twenty-one (21) days after completion of the mediation;

27  ///

28  ///

5

1

## STIPULATION

2    IT IS HEREBY STIPULATED as follows:

3    1.  To allow the Parties to proceed to mediation, the Parties agree to extend the deadline

4        for Counter-Defendants and Cross-Defendants to file responsive pleadings to and

5        until after completion of said mediation;

6    2.  The Parties agree to complete mediation within 90 days of date of the entry of the

7        Order on this Stipulation;

8    3.  The Parties request that the Court continue the Case Management Conference,

9        currently set for May 8, 2014, to and until a later date as is convenient with the Court;

10   4.  The Parties agree to advise the Court of the results of mediation, to allow the Court to

11       set a Case Management Conference, if needed;

12   ///

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

6

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO                              Page No. 6
FILE RESPONSIVE PLEADINGS AND PROCEED TO MEDIATION    CASE NOS. CV13-5208 RS, CV 13-05210 RS

5.  Any non-settling Counter-Defendants and/or Cross-Defendants, in whole or in part, will file a response, if not yet filed, to the complaints within twenty-one (21) days after completion of the mediation.

It is so stipulated.

DATED: 2/24/14                          **KAUFMAN DOLOWICH & VOLUCK, LLP**

Timothy W. Moppin
Hsiao C. (Mark) Mao
Attorneys for SCIARRONI AUTO BODY, INC.
a California corporation; JIM R. SCIARRONI,
Individually and in his capacity as Trustee of JIM
R. and ELAINE SCIARRONI REVOCABLE
LIVING TRUST dated  August 25, 1999, as
amended; and ELAINE M. SCIARRONI,
Individually and in the capacity of Trustee of JIM
R. & ELAINE SCIARRONI REVOCABLE
LIVING TRUST dated August 25, 1999, as
amended

DATED: 2/24/14                          **SALTZMAN & JOHNSON LAW
CORPORATION**

/s/ Kimberly A. Hancock
Kimberly A. Hancock
Attorney for Plaintiffs/Counter-Defendants

DATED: 2/24/14                          **WEINBERG, ROGER & ROSENFELD**

/s/ Caren Sencer
Caren Sencer
Attorney for Cross-Defendants

7

1

## <u>ORDER</u>

2   Pursuant to the above Stipulation, IT IS HEREBY ORDERED as follows:

3   1.  That the Parties' time within which to complete the court-sponsored mediation is

4       extended until 90 days of the date of entry of this order;

5   2.  That any non-settling Counter-Defendants and/or Cross-Defendants shall file responsive

6       pleadings within twenty-one (21) days after the completion of court-sponsored mediation;

7   3.  The Case Management Conference date is continued from May 8, 2014 to a later date as

8       is convenient with the Court, and the Parties will advise the Court of the results of the

9       court-sponsored mediation so as allow the Court to set a new date for Case Management

10      Conference, if necessary.

11  IT IS SO ORDERED.

12

13  Dated: 2/25/14

14                                              Hon. Richard Seeborg

15

16

17

18

19

20

21

22

23

24

25

26

27

28  4814-3797-5576, v. 1

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO                    Page No. 8
FILE RESPONSIVE PLEADINGS AND PROCEED TO MEDIATION        CASE NOS. CV13-5208 RS, CV 13-05210 RS