1  PHILIP M. MILLER (SBN 87877)
   pmiller@sjlawcorp.com
2  KIMBERLY A. HANCOCK (SBN 205567)
   khancock@sjlawcorp.com
3  ANNE M. BEVINGTON (SBN 111320)
   abevington@sjlawcorp.com
4  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
5  San Francisco, CA 94104
   (415) 882-7900
6  (415) 882-9287 – Facsimile

7  Attorneys for Plaintiffs

8  HSAIO C. (MARK) MAO (SBN 236165)
   TAD A. DEVLIN (SBN 190355)
9  KAUFMAN DOLOWICH & VOLUCK, LLP
   425 California Street, Suite 2100
10 San Francisco, CA 94104
11 Telephone:  (415) 926-7600
   Facsimile:   (415) 926-7601
12
   Attorneys for Defendants
13
   CAREN SENCER (SBN 233488)
14 WEINBERG, ROGER AND ROSENFELD
   1001 Marina Village Parkway, Suite 200
15 Alameda, CA  94501-1091
   Telephone:  (510) 337-1001
16 Facsimile:   (510) 337-1023

17 Attorneys for Cross-Defendants

18                    UNITED STATES DISTRICT COURT
19                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
20                           (SAN FRANCISCO DIVISION)
21

| | |
|---|---|
| 22  AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, et al., | Case No. CV 13 5208 RS |
| 23        Plaintiffs, | ACTION FILED: November 8, 2013 |
| 24  vs. | **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE;** |
| 25  SCIARRONI AUTO BODY, INC., a California corporation, | **[PROPOSED] ORDER THEREON** [F.R.C.P. Rule 41(a)(1)(A)(ii)] |
| 26        Defendant. | |
| 27  SCIARRONI AUTO BODY, INC., a | |
| 28  California corporation, | |

-1-
STIPULATION FOR VOLUNTARY DISMISSAL
WITH PREJUDICE; [PROPOSED] ORDER THEREON
Case No. CV 12-02676 SI

| | |
|---|---|
| Counterclaimant, | ) |
| vs. | ) |
| AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, et al. | ) |
| Counter-Defendants. | ) |
| SCIARRONI AUTO BODY, INC., a California corporation, | ) |
| Cross-Claimant, | ) |
| vs. | ) |
| INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, AFL-CIO, et al. | ) |
| Cross-Defendants. | ) |
| AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, et al, | ) Case No. CV 13 5210 RS |
| Plaintiffs, | ) ACTION FILED: November 8, 2013 |
| vs. | ) |
| SCIARRONI AUTO BODY, INC., a California corporation, et al, | ) |
| Defendants. | ) |
| SCIARRONI AUTO BODY, INC., a California corporation, et al. | ) |
| Counterclaimants, | ) |
| vs. | ) |
| AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, et al. | ) |
| Counter-Defendants. | ) |
| SCIARRONI AUTO BODY, INC., a California corporation, et al. | ) |

-2-

STIPULATION FOR VOLUNTARY DISMISSAL
WITH PREJUDICE; [PROPOSED] ORDER THEREON
Case No. CV 12-02676 SI

P:\CLIENTS\AUTPF\W\CASES\Sciarroni Auto Body\SETTLEMENT\Dismissal FINAL.doc

| | | |
|---|---|---|
| 1 | Cross-Claimants, | ) |
| 2 | vs. | ) |
| 3 | INTERNATIONAL ASSOCIATION OF | ) |
|   | MACHINISTS & AEROSPACE | ) |
| 4 | WORKERS, AFL-CIO, et al., | ) |
| 5 | Cross-Defendants. | ) |

**STIPULATION**

IT IS HEREBY STIPULATED by the parties to this action, through their respective counsel, that pursuant to the Settlement Agreement and Release ("Settlement Agreement"), which is expressly incorporated by reference into this Stipulation for Voluntary Dismissal With Prejudice, this Court dismiss this action with prejudice, with all parties to bear their own costs and attorneys' fees, and retain jurisdiction over this matter to enforce the Settlement Agreement should any action be required to enforce the Settlement Agreement after the dismissal is entered by the Court.

IT IS SO STIPULATED.

Dated:  June 11, 2014				SALTZMAN & JOHNSON LAW CORPORATION

							By:     /s/ Kimberly A. Hancock
							          KIMBERLY A. HANCOCK
							          Attorneys for Plaintiffs


I, Kimberly A. Hancock, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated:  May 29, 2014				KAUFMAN DOLOWICH & VOLUCK, LLP

							By:     /s/ Tad A. Devlin
							          HSIAO C. (MARK) MAO
							          TAD A. DEVLIN
							          Attorneys for Defendants

Dated: June 10, 2014                     WEINBERG, ROGER AND ROSENFELD

                                         By:   /s/ Caren Sencer
                                               CAREN SENCER
                                               Attorneys for Cross-Defendants

## ORDER

Pursuant to the parties' Stipulation and Settlement Agreement, the terms and conditions of which are fully incorporated herein by this reference, and good cause appearing:

IT IS HEREBY ORDERED that this matter is dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED that this Court shall expressly retain jurisdiction over this matter to enforce the Settlement Agreement should any action be required to enforce the Settlement Agreement after the dismissal with prejudice is entered by the Court. See generally *Kokkonen v. Guardian Life Ins. Co. of America,* 511 US 357, 381 (1994); *Hagestad v.Tragesser,* 49 F.3rd 1430, 1432 (9th Cir. 1995).

IT IS SO ORDERED.

Dated: 6/12/14                           _____
                                         RICHARD SEEBORG
                                         JUDGE, UNITED STATES DISTRICT COURT